UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN JOSE CORRALES LORIA,<br><br>Plaintiff,<br><br>v.<br><br>FMC TECHNOLOGIES SURFACE INTEGRATED SERVICE, INC., et al.,<br><br>Defendants. | Case No. 1:21-cv-01142-BAK (SKO)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 22) |

On August 8, 2022, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 22.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**August 11, 2022**__          */s/ Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE